

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attached | Civil Action No. 15-cv-02543-L-KSC |
| Plaintiff, | |
| V. | |
| See Attached | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment shall be jointly and severally entered against Defendants Dorion Brisbois, Epoch International, Inc. and Westacres Holdings, LLC for $190,000 plus simple interest at the annual rate of ten percent (10%) from February 15, 2016.

Date: 6/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 15-cv-02543-L-KSC

Bercovitz Revocable Family Trust UAD, 12/03/1997,
a California trust; Jacob Bercovitz, individually and as
trustee of the Bercovitz Revocable Family Trust; Leslie
Bercovitz, individually and as trustee of the Bercovitz
Revocable Family Trust,

        Plaintiffs

v.

Dorion Brisbois, an individual; Epoch International, LLC,
a Delaware Limited Liability Company; Westacres Holdings,
LLC, a Delaware Limited Liability Company

        Defendants